Plaintiff's Name Jermaine Phillips

Prisoner No. 232152

Institutional Address 13 Peter Behr Dr.
San Rafael, CA 94903

**RECEIVED**

MAY 3 1 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

Jun 09 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Jermaine Anthony Phillips Jr
*(Enter your full name)*

v.

County of Marin etal
Bekita Coulter
Ronald Bradford
Tierra Rankin et al

*(Enter the full name(s) of all defendants in this action)*

Case No. 22-cv-3321-DMR
*(Provided by the clerk upon filing)*

**COMPLAINT BY A PRISONER
UNDER THE CIVIL RIGHTS ACT,
42 U.S.C. § 1983**

## I. Exhaustion of Administrative Remedies.

*You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.*

**A.** Place of present confinement _____

**B.** Is there a grievance procedure in this institution?   ☐ **YES**   ☒ **NO**

**C.** If so, did you present the facts in your complaint for review through the grievance procedure?
☐ **YES**   ☒ **NO**

**D.** If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1.    Informal appeal: _____

    _____

    _____

    2.    First formal level: _____

    _____

    _____

3. Second formal level: _____

_____

_____

4. Third formal level: _____

_____

_____

E. Is the last level to which you appealed the highest level of appeal available to you?
☐ **YES**  ☒ **NO**

F. If you did not present your claim for review through the grievance procedure, explain why.

_____

_____

_____

## II. Parties.

A. If there are additional plaintiffs besides you, write their name(s) and present address(es).

Keondra Phillips, Aniah Phillips
1180 4th street Apt 212 SanFrancisco CA.
94124

B. For each defendant, provide full name, official position and place of employment.

James Kim a judge of marin
Rekita Coulter, Ronald Bradford Mother her Bf
Tierra Rankins, mother of kids and her Bf

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

_____

_____

_____

_____

III

The county of marin is trying to take my legal guns and put me in jail for Drugs for 4 years when It wasen't a lot and made me take a deal. My Mother and her boyfriend trying to take my kids and my house after her boyfriend shot me, My Kids mom and her boyfriend is trying to take me from me and keep hurasing me with phone calls and beating on my kids, And making threats sending people to try to hurm me while I'm out side.

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

I would like to have my kids back and them to stay away from me and my kids. I would like my charges droped and my legal gains back and my car refund back to me too. Honor envoice's

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 5/24/22

Date

By _____

Signature of Plaintiff

MARIN COUNTY SUPERIOR COURT
P.O. Box 4988
San Rafael, CA 94913-4988

| | FOR COURT USE ONLY |
|---|---|

PEOPLE OF THE STATE OF CALIFORNIA

vs.

DEFENDANT: JERMAINE PHILLIPS

**PLEA OF GUILTY
(FELONY)**

CASE NUMBER:
SC211033A

I am the defendant in the above-entitled action, and I declare as follows:

My attorney in this action is | DPD TYLER HICKS |

INITIALS

**1(a) CHARGES AND MAXIMUM TERM:** I desire to, and do hereby plead GUILTY to the charge(s) and allegation(s) listed below. My attorney has explained, and I understand, the possible sentence and sanctions that could be imposed as a result of my plea of GUILTY. I understand that the maximum penalties for the charges to which I am pleading GUILTY (including imprisonment and fines) are as described below.

1(a) UCC-1-308
JAP

1(b)

| Count | Charge | Maximum Imprisonment | Maximum Fine | Prior Convictions, Enhancements & Special Allegations | Maximum Imprisonment (Enhancement) |
|---|---|---|---|---|---|
| 1 | HS 11370.1(a) | 4 years prison (CDC) | $10,000 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

1(b)-1-308
JAP

**1(c)** ☐ Additional charges are listed on addendum, attached to this plea form. (Check box if addendum is attached.)

1(c)
XX

**1(d)**

| AGGREGATE MAXIMUM FINE: | $10,000.00 | AGGREGATE MAXIMUM TERM OF IMPRISONMENT: | 4 years prison (CDC) |
|---|---|---|---|

1(d) C-1-38
JAP

**1(e)** I understand that the *term of imprisonment* described above must be served in the state prison, county jail or a combination of county jail plus mandatory supervision by the probation department, as required by law.

1(e) UCC-1-308
JAP

**2.** I understand that if I am sentenced to imprisonment in the county jail pursuant to Penal Code Section 1170(h), the court may suspend a portion of that imprisonment, to be served under mandatory supervision by probation under terms imposed by the court. If I receive such a split sentence and violate the terms of the mandatory supervision, I may be ordered to serve the balance of the suspended term of imprisonment in custody.

2 UCC-1-308
JAP

3. I understand that if I am granted probation, as conditions of probation I may be required to serve up to 1 year in the county jail plus any other reasonable conditions the court deems appropriate. I understand that if I violate any condition of probation, I may be sentenced up to the maximum term of imprisonment plus fines described in paragraph 1, above.



4. I understand that I may not be granted probation unless the court finds this to be an unusual case in which the interests of justice would best be served by a grant of probation.

5. I understand that if I am sentenced to a term of imprisonment in the state prison, thereafter, I will be subject to a period of either post release community supervision for up to 3 years (if I am eligible), or state parole for up to 3 years . If I violate the terms of any post release community supervision, or parole, I may be returned to custody as provided by law.

6. I understand the nature of the charge(s) against me and have had adequate time to discuss the case with my attorney. I have advised my attorney of all the facts and circumstances of the case. We have discussed the charge(s) and the possible defenses thereto.

7. My attorney has explained my constitutional rights to me. I understand that I have the following constitutional rights, and I freely and voluntarily waive (give up) each of these rights:

I understand this right       I waive this right

a) the right to a preliminary hearing;



b) the right to a speedy, public jury trial;

c) the right not to make any statements that tend to incriminate me;

d) the right to testify on my own behalf if I so choose;

e) the right to produce, and use the court's subpoena power to compel the attendance of, witnesses and evidence on my behalf; and

f) the right to confront my accuser(s) and to confront and cross-examine any witnesses against me.

8. I understand that I have the above constitutional rights with respect to the enhancements and special allegations that are set forth in the complaint or Information. I also waive these rights with respect to such enhancements and special allegations.

9. I understand that I have a right to appeal from any judgment of this court. I waive my right of appeal and my right to attack the final judgment by any statutory or non-statutory means, except as to any sentencing error the court may make.



10. I understand that if I am not a citizen of the United States, my plea of GUILTY may have the consequences of deportation, exclusion from admission to the United States, and/or denial of naturalization or amnesty pursuant to the laws of the United States. I understand that Federal law provides that these consequences are mandatory for certain offenses.



11. I understand that my plea of GUILTY may be used as evidence against me with respect to any forfeiture of any property that may be seized in connection with the investigation giving rise to these charges against me.

12. I understand that a further consequence of my plea of GUILTY is that the court may impose other fees and assessments in addition to the penal fines described above, as provided by law. The court is also required to order restitution to the victim(s). The court must also order a restitution fine, probation revocation restitution fine, and potentially a parole revocation restitution fine, each of not less than $300 or more than $10,000 per felony count or not less than $150 or more than $1,000 for misdemeanors, pursuant to Penal Code Sections 1202.4(b), 1202.44 and 1202.45.

13. I understand that as a further consequence of my plea of GUILTY may result in registration requirements per PC 290.

14. I further understand that if I was on parole, probation, post release community supervision, or mandatory supervision by the probation department at the time of this offense, my plea of GUILTY may result in their revocation.

15. I have not taken any drugs or consumed any alcoholic beverages within 24 hours prior to entering this plea, except _____ , which does not in any way affect my ability to understand the waivers I have given or my knowing and voluntary decision to plead GUILTY. I am not impaired at this time by any drug or alcoholic beverage.

16. I have not been induced to plead guilty by any promise or representation of a lesser sentence, probation, reward, immunity, or anything else, other than those promises listed below:

Please see attached addendum.

17. I understand and agree that the sentencing judge may consider facts and circumstances underlying the dismissed counts in determining the appropriate sentence (including the amount and recipients of restitution) for the counts to which I am entering a plea. (*Harvey* waiver)

18. I understand that the matter of probation and sentence is to be determined solely by the court. The court is not bound by this plea agreement. If the court does not agree with any of the promises or representations stated above, I understand that I will be allowed to withdraw my GUILTY plea and proceed to preliminary hearing if not yet held, and/or trial.

19. I freely and voluntarily plead GUILTY to the charge(s) listed on page 1 (and any addendum) and admit the allegation(s) listed. I offer my plea of GUILTY, and my admissions and waivers freely and voluntarily and with full understanding of everything in this form. My decision to plead guilty, waive my rights, and make any admissions has been made freely and voluntarily, without threat or fear to me or to anyone closely related to me or associated with me.

---

## DEFENDANT'S DECLARATION

**I declare under penalty of perjury that I have read (or have had read to me) this form and have initialed each of the items that applies to my case. If I have an attorney, I have discussed each item with my attorney. By putting my initials next to the items in this form, I am indicating that I understand and agree with what is stated in each item that I have initialed. The nature of the charge(s), possible defense(s), and the effects of any prior conviction(s), enhancement(s), and special allegation(s) have been explained to me. I understand each of the rights outlined above, and I give up each of them to enter my plea(s) and make any admission(s). I shall notify the Probation Department within 48 hours of any change of my mailing or residence address or telephone number.**

DATED: 11 , AT SAN RAFAEL, CALIFORNIA

07/14/94

_DATE OF BIRTH_

All Rights reserved

_TELEPHONE NUMBER_                          _DEFENDANT'S SIGNATURE_

_DRIVER'S LICENSE NUMBER_                    _ADDRESS_

_CITY / STATE / ZIP_

## COUNSEL'S DECLARATION

I declare under penalty of perjury that I am the above-named defendant's attorney in the above-entitled criminal action; I have personally read and explained the contents of the above declaration to the defendant; I personally observed the defendant read said declaration, or I read it to him, and saw him date and sign said declaration. I have made an independent examination of the facts and law applicable to said criminal action. I concur in the defendant's plea(s) of GUILTY to the charge(s) [and allegation(s)] as set forth above. Defendant stipulates there is a factual basis for the GUILTY plea(s) and admission(s).

DATED: *5/10/22*, AT SAN RAFAEL, CALIFORNIA

_____
*DEFENDANT'S ATTORNEY*

## DISTRICT ATTORNEY'S STATEMENT

The People of the State of California, Plaintiff in the above-entitled action, by and through its attorney, the Marin County District Attorney, concur in the defendant's plea of GUILTY as set forth by the defendant in the above declaration. The People stipulate there is a factual basis for the plea(s) [and admission(s)].

DATED: *//*, AT SAN RAFAEL, CALIFORNIA

_____
*DEPUTY DISTRICT ATTORNEY*

## INTERPRETER'S CERTIFICATION

I am a certified court interpreter. I have translated the information contained on this form for the defendant from English into_____.

DATED:_____/_____/_____, AT SAN RAFAEL, CALIFORNIA

_____
*INTERPRETER*

The Court finds that Defendant has been fully informed of, and understands his/her Constitutional rights and the maximum penalties and consequences that might be imposed as a result of his/her plea(s) of GUILTY [and admission(s)]. The plea(s) and admission(s) is/are accepted and ordered to be entered. The court finds that there is a factual basis for said plea(s) and admission(s) and that the plea(s) and admission(s) has/have been made knowingly, intelligently, and voluntarily by the defendant, and that he/she understood the rights that were being waived and the consequences of such plea(s) and admission(s).

DATED:_____/_____/_____

_____
*JUDGE OF THE SUPERIOR COURT*

ITEM 16 (CONT'D) -
Defendant Jermaine Phillips
SC211033A

**ITEM 16 (CONT'D) -**

**SC211033A:**

Plead guilty to count 1, remainder dismissed with a Harvey waiver. Sign Cruz Vargas waiver. No initial state prison. 2 years supervised probation with terms to include, but not limited to: serve 90 MCJ to be served in actual custody; S&S; do not possess any firearms or ammunition;, Do not use, possess or transport illegal or non-prescribed drugs and/or paraphernalia, including marijuana and medical marijuana; refer to probation for additional terms and conditions.

I accept the District Attorney's offer as stated above and agree to abide by these conditions as imposed by the court.

All Rights reserved

Signature: _[signature]_

Date: 5/16/22

**INITIALS OF DEFENDANT**

UCC-1-308

JAP

FORM CR053 - ITEM 16 CONT'D